AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| VANESSA RIVERA <br><br> *Plaintiff(s)* <br> v. <br><br> STORAGEBLUE STATEN ISLAND, LLC <br><br> *Defendant(s)* | Civil Action No. 24-cv-2277 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* c/o STORAGEBLUE STATEN ISLAND, LLC
ATTN: Alan Mruvka
650 East Palisade Avenue, Suite 2329
Englewood Cliffs, NJ 07632

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reyna Lubin
Eisenberg & Baum, LLP
24 Union Square East, PH
New York, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: 03/28/2024

*Cynthia Valera*
*Signature of Clerk or Deputy Clerk*